EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00273 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §§ 841(a)(1) |
| ) | (b)(1)(A) and (b)(1)(B)] |
| ALFRED CARVALHO, aka "ALIKA" ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

On or about May 2, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA",** did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 2:

The Grand Jury further charges that:

On or about May 10, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA",** did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 3:

The Grand Jury further charges that:

On or about June 6, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA",** did knowingly and intentionally possess with intent to distribute in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 4:

The Grand Jury further charges that:

On or about June 13, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA",** did knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

DATED: __JUN 20__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Alfred Carvalho aka "Alika"
"Indictment"
Cr. No. _____