FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2002

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00273 HG |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) |
| | ) | (b)(1)(A), (b)(1)(B) |
| ALFRED CARVALHO, (01) | ) | and 846, 18 U.S.C. § 2] |
| aka "Alika", | ) | |
| DANIELLE ISHIMURA, (02) | ) | |
| aka "Dondi", | ) | |
| ROSUN MONTERDE, (03) | ) | |
| aka "Sho", and | ) | |
| DEAN PATAUA, (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about May 1, 2002, to and including May 10, 2002,

in the District of Hawaii, and elsewhere,

**ALFRED CARVALHO, aka "Alika"**

**and
DANIELLE ISHIMURA, aka "Dondi"**

defendants herein, did willfully and unlawfully conspire together

with each other and others known and unknown to the grand jury,

to knowingly and intentionally possess with intent to distribute,

and distribute, in excess of five (5) grams of methamphetamine,

its salts, isomers, and salts of its isomers, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B).

It was the object of the aforesaid conspiracy to

possess for distribution methamphetamine in Hawaii.

<u>OVERT ACTS</u>

In furtherance of said conspiracy and to effect the

objects thereof, the defendants performed overt acts in the

District of Hawaii and elsewhere which include, but are not

limited to, the following:

1.    On or about May 2, 2002, ALFRED CARVALHO received

approximately one (1) ounce of methamphetamine from DANIELLE

ISHIMURA.

2.    On or about May 2, 2002, ALFRED CARVALHO

distributed approximately one (1) ounce of methamphetamine to an

undercover officer.

3.    On or about May 10, 2002, ALFRED CARVALHO received

approximately one (1) ounce of methamphetamine from DANIELLE

ISHIMURA.

4.    On or about May 10, 2002, ALFRED CARVALHO distributed approximately one (1) ounce of methamphetamine to an undercover officer.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges that:

On or about May 2, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA" and DANIELLE ISHIMURA aka "DONDI"**, did knowingly and intentionally possess with intent to distribute, and distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT 3:

The Grand Jury further charges that:

On or about May 10, 2002, within the District of Hawaii, **ALFRED CARVALHO aka "ALIKA" and DANIELLE ISHIMURA aka "DONDI"**, did knowingly and intentionally possess with intent to distribute, and distribute, in excess of 5 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1), and 841(b)(1)(B) and

Title 18, United States Code, Section 2.

COUNT 4:

The Grand Jury further charges that:

On or about June 6, 2002, within the District of Hawaii,

**ALFRED CARVALHO aka "ALIKA"** and **ROSUN MONTERDE aka "SHO"** did

knowingly and intentionally possess with intent to distribute,

and distribute, in excess of 5 grams of methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1), and 841(b)(1)(B) and 18 U.S.C. § 2.

COUNT 5:

The Grand Jury further charges that:

On or about June 13, 2002, within the District of Hawaii,

**ALFRED CARVALHO aka "ALIKA"** and **DEAN PATAUA**, did knowingly and

intentionally possess with intent to distribute, and distribute,

in excess of 50 grams of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1),

and 841(b)(1)(A).

//

//

//

//

4

DATED: _____8\14_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii



ELLIOT ENOKI
First Assistant U.S. Attorney



CHRIS A. THOMAS
Assistant U.S. Attorney


U.S. v. Alfred Carvalho aka "Alika", et al.
"Superseding Indictment"
Cr. No. 02-00273 HG