ORIGINAL

PROB. 12B
(7/93)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

### for the

### DISTRICT OF HAWAII

DEC 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: ALFRED CARVALHO aka "Alika" Case Number: CR 02-00273HG-01

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence:  10/20/2003

Original Offense:    <u>Count 1:</u> CONSPIRACY TO DISTRIBUTE IN EXCESS OF 5
                     GRAMS OF METHAMPHETAMINE, in violation of 21 U.S.C.
                     §§ 841(a)(1) and 846, a Class B felony
                     <u>Count 5:</u> DISTRIBUTION OF IN EXCESS OF 50 GRAMS OF
                     METHAMPHETAMINE, in violation of 21 U.S.C. § 841(a)(1),
                     a Class A felony

Original Sentence:    Forty six (46) months imprisonment as to each of Counts 1 and 5 of
                      the Second Superseding Indictment, with all terms to be served
                      concurrently with each other and a term of five (5) years
                      Supervised Release as to each of Counts 1 and 5 of the Second
                      Superseding Indictment, with all terms to be served concurrently
                      with each other with the following special conditions: 1) That the
                      defendant is prohibited from possessing any illegal or dangerous
                      weapons; 2) That the defendant provide the Probation Office and
                      the Financial Litigation Unit of the U.S. Attorney's Office access to
                      any requested financial information to include submitting to periodic
                      debtor's examinations as directed by the Probation Office and; 3)
                      That the defendant shall submit his person, residence, place of
                      employment, or vehicle to a search conducted by the U.S.
                      Probation Office at a reasonable time and in a reasonable manner,
                      based upon reasonable suspicion of contraband or evidence of a
                      violation of a condition of supervision.  Failure to submit to a search
                      may be grounds for revocation.  The defendant shall warn any
                      other resident that the premises may be subject to a search
                      pursuant to this condition.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  9/18/2006

Prob 12B
(7/93)

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

*Special Condition No 4:*     *That the defendant shall participate in mental health
treatment to include marital and/or family counseling at the
direction and discretion of the Probation Office.*

## CAUSE

The offender's supervised release commenced on 9/18/2006.  At the onset of
supervision, the offender struggled with his marriage.  Several attempts were made by
this Probation Officer to counsel the offender.  However, the offender's marital
problems did not improve which resulted in the offender having to move in and out of
the residence.  The offender has been staying with his sister in Waipahu when his
martial problems arise.  At this time, the offender does not have a stable residence
because of his martial situation.  The offender agreed that he could benefit from
attending mental health counseling, to include marital/family counseling with his wife.
To the offender's credit, the offender has maintained a full-time job and has not
incurred any violations at this time.

It is respectfully recommended that the Court modify the offender's conditions of
supervision.  This will allow the Probation Office to monitor the offender's participation
and to ultimately assist the offender in improving his relationship with his wife.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JOYCE K. F. K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date:  11/29/2006

THE COURT ORDERS:

[ √ ]    The Modification of Conditions as Noted Above
[   ]    Other

HELEN GILLMOR
Chief U.S. District Judge

12·12·06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

*That the defendant shall participate in mental health treatment to include marital and/or family counseling at the direction and discretion of the Probation Office.*

Witness: _____
JOYCE K.F.K. LUM
U.S. Probation Officer

Signed: _____
ALFRED CARVALHO
Supervised Releasee

_____
11-29-06
Date